SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
                 Plaintiff,        )
                                   )        Criminal No. *15-30089-NJR*
        vs.                        )
                                   )        Title 18, United States Code
JESSICA A. TEETS,                  )        Section 1347     FILED
                                   )
                 Defendant.        )
                                            JUN 0 2 2015

                    **INDICTMENT**           CLERK, U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF ILLINOIS
                                                   BENTON OFFICE

**THE GRAND JURY CHARGES:**

      1.    **JESSICA A. TEETS** defrauded the State of Illinois Medicaid Home Services Program

by falsely claiming and taking payments for personal assistant services not actually performed. The

State of Illinois pays a personal assistant hourly wages for performance of services for a qualified

beneficiary.  The qualified beneficiary must have a written Employment Agreement with the personal

assistant and/or an Individual Provider Payment Policies form.  The qualified beneficiary must have a

Service Plan listing all services to be provided.  In order for the personal assistant to receive payment

from the State of Illinois, the beneficiary must submit a Home Services Program Time Sheet form

listing the hours worked by the personal assistant and signed by both the beneficiary and personal

assistant.

      2.    The Home Services Program is a Medicaid Waiver Program designed to provide a

disabled individual who, with assistance in performing daily living activities in the home, would not

require similar care in a nursing home.  The Illinois Department of Human Services, Division of

Rehabilitation Services (DORS) administers the program.  Medicaid Waiver programs enable states to

use both state and federal Medicaid funds to pay for services related to medical care that would not ordinarily be covered under Medicaid.

3.     On July 1, 2011, **TEETS** completed an Employment Agreement Between Customer and Personal Assistant with a qualified Medicaid beneficiary identified hereafter as S.S.

4.     From on or about December 7, 2012 through on or about June 30, 2014, in furtherance of a scheme to defraud the Medicaid Home Services Program for the State of Illinois, **TEETS** submitted Home Services Program Time Sheets of which she falsely claimed hours of personal assistant services that were not performed on the dates and times as reported on the Home Services Program Time Sheets because **TEETS** was not performing personal assistant services for S.S. at the claimed times or because S.S. was hospitalized at the claimed times.  **TEETS** signed each time sheet under the following printed information:

*I certify that the above information is true and in accordance with the Individual Provider Payment Policies (IL488-2252).  I understand falsification of any information submitted on this form could lead to criminal prosecution.*

Among other things, the Individual Provider Payment Policies form states the following:

- *Individual Providers can only be paid for the hours they worked for the customer per the HSP Service Plan.  Billing for hours not worked constitutes Medicaid fraud.*

- *Individual Providers can only be paid for hours and tasks performed in the customer's home unless the task must be completed outside the home such as laundry due to no facilities in the home, banking, and grocery shopping.*

- *Individual Providers cannot work if the customer is out of the home, i.e. in a nursing facility, hospitalized, on vacation, etc.  However, there are some exceptions that are allowable, such as the counselor gives prior approval and the*

2

*request meets the policy guidelines.  Please contact the counselor to address any*

*questions before risking non-payment of services provided.*

- *Individual Providers are not allowed to subcontract.  Subcontracting means letting someone else work in your place, putting the time on your time sheet and then paying them yourself.  This is not only an illegal practice but also causes problems with Social Security withholding.  Each Individual Provider will only be paid for services which he or she provided directly to the customer.*

5.      S.S. was found in her home on July 1, 2014 in an incoherent state and partially covered in dried excrement by a friend checking on her welfare after she had been unable to reach S.S. by phone for multiple days.  Emergency responders transported S.S. to a hospital and she thereafter received treatment and was hospitalized for multiple days.  **TEETS** had not performed personal assistant services for S.S. for more than a week immediately before July 1, 2014.

## COUNT 1

### Health Care Fraud

6.      Paragraphs 1 through 5 are re-alleged and incorporated in Count 1.

7.      On or about December 7, 2012 through on or about June 30, 2014 in Madison County, within the Southern District of Illinois,

### JESSICA A. TEETS,

defendant, did knowingly and willfully execute a scheme to defraud a health care benefit program, affecting interstate commerce as defined in Title 18, United States Code, Section 24(b), namely Medicaid, in connection with the delivery of and payment for health care benefits and services by submitting time sheets and receiving payment for personal assistant services not performed, in violation of Title 18, United States Code, Section 1347.

3

**A TRUE BILL**

STEPHEN R. WIGGINTON
United States Attorney

ADAM E. HANNA
Assistant United States Attorney

WILLIAM E. COONAN
Assistant United States Attorney

MICHAEL HALLOCK
Assistant United States Attorney

Recommended Bond:  $5,000 unsecured

4